Certificate Number: 03088-ILN-DE-033931774

Bankruptcy Case Number: 19-36111



03088-ILN-DE-033931774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 9, 2020</u>, at <u>10:11</u> o'clock <u>PM CST</u>, <u>Magalis M Davila</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>January 9, 2020</u>          By:   <u>/s/Tania Roman</u>

  Name:  <u>Tania Roman</u>

  Title:  <u>Counselor I</u>