UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RE: MAGALIS M DAVILA | ) | Case No. 19 B 36111 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Judge: DONALD R CASSLING |

**NOTICE OF MOTION**

MAGALIS M DAVILA

7436 S OCTAVIA
BRIDGEVIEW, IL 60455

DAVID M SIEGEL
via Clerk's ECF noticing procedures

Please take notice that on February 13, 2020 at 10:00 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on February 05, 2020.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On December 23, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Missing 2015 and 2016 taxes; amend B - show PI suit; amend plan for non exempt language; #2.3 check last box add submit language; #3.3 estimated payments blank and amend I - no prorate listed add.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900