**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor     <u>Magalis M. Davila</u>     Case No     <u>19-36111</u>     Chapter     <u>13</u>

Moving Creditor     <u>Wilmington Savings Fund Society,</u>     Date Case Filed     <u>December 23, 2019</u>
<u>FSB, d/b/a Christiana Trust, not</u>
<u>individually but as trustee for Pretium</u>
<u>Mortgage Acquisition Trust</u>

Nature of Relief Sought: ☒ Lift Stay     Annul Stay     ☐ Other (describe): __

Chapter 13     Date of Confirmation Hearing     February 13, 2020     Date Plan Confirmed

1.     Collateral
     a.     ☒ Home
     b.     ☐ Car _____
     c.     ☐ Other (describe)_____

2.     Balance Owed as of _____
     Total of all other Liens against Collateral $_____ (per debtor's schedule)

3.     In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4.     Estimated Value of Collateral (must be supplied in *all* cases) $152,046.78 (per foreclosure sale)

5.     Default
     a.     ☐ Pre-Petition Default
        Number of months **_____**     Amount $**_____**

     b.     ☐ Post-Petition Default
        i.     ☐ On direct payments to the moving creditor
           Number of months <u>0</u>     Amount $<u>0.00</u>
        ii.     ☐ On payments to the Standing Chapter 13 Trustee
           Number of months _____     Amount $_____

6.     Other Allegations
     a.     ☒ Lack of Adequate Protection § 362(d)(1)
        i.     ☐ No insurance
        ii.     ☐ Taxes unpaid  Amount $ _____
        iii.     ☐ Rapidly depreciating asset
        iv.     ☒ Other (describe) <u>Foreclosure sale held prior to bankruptcy filing</u>

     b.     ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

     c.     ☐ Other "Cause" § 362(d)(1)
        i.     ☐ Bad Faith (describe) __
        ii.     ☐ Multiple Filings
        iii.     ☐ Other (describe) _____

     d.     Debtor's Statement of Intention regarding the Collateral
        i.     ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: March 4, 2020        Submitted By:     */s/Dana  O'Brien* _____

                                    ARDC# 6256415

                                    McCalla Raymer Leibert Pierce, LLC